**Order entered April 8, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00375-CV**
**No. 05-20-00377-CV**

**IN THE BEST INTEREST AND PROTECTION OF E.P., Appellant**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. MED-20-80112 and MI-20-00463**

**ORDER**

Before the Court is court reporter Charletta Breed's April 6, 2020 request for a four-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than April 10, 2020.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE